## No. 1025.

SUCCESSION OF CHARLES DURAND, JR. OPPOSITION OF A. TERTRON.

Where many of the pleadings have no date of filing, or other marks to identify them with any particular suit, and there are several between the same parties, and the papers have been thrown pell-mell together, the court cannot grope its way through such a mass of confusion.

APPEAL from the Parish Court of St. Martin. BASSETT, J.

*Fournet, Simon, Voorhies, Mouton* for Appellants.    *J. A. Breaux, Schwing* and *Gary* for Appellee.

SPENCER, J., delivered the opinion remanding the case.